UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. CR08-336-JCC |
| v. | ) | |
| TON CHI DUONG, | ) | DETENTION ORDER |
| Defendant. | ) | |

Offense charged:

    COUNT 1    :    MANUFACTURE OF MARIJUANA in violation of 21 U.S.C.
                     §§ 841(a)(1), and 841(b)(1)(B), and 18 U.S.C. § 2

Bond Modification Hearing:

    On March 19, 2009, defendant waived his right to a detention hearing and stipulated

to detention. He previously pleaded guilty to the offense changed on March 10, 2009 and

wished to self-surrender. The Court, based upon defendant's stipulation and factual findings,

and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    Defendant has self-surrendered to begin serving his expected sentence.

    IT IS THEREFORE ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the

Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of March, 2009.

_James P. Donohue_

JAMES P. DONOHUE
United States Magistrate Judge